IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

JUL 5 2016

David J. Bradley, Clerk of Court

No. 15-20594

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2016

D.C. Docket No. 4:14-CV-726

Lyle W. Cayce
Clerk

NICOLE L. RYDER,

    Plaintiff - Appellant

v.

SHELL OIL COMPANY; SHELL EXPLORATION & PRODUCTION COMPANY,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before DAVIS, JONES, and GRAVES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jul 05, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 05, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-20594    Nicole Ryder v. Shell Oil Company, et al  
                            USDC No. 4:14-CV-726

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Christina A. Gardner, Deputy Clerk  
                              504-310-7684

cc:    Mr. Sufi Nasim Ahmad  
        Ms. Nikki Dowdy Kessling  
        Mr. Mark Douglas Temple